**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELIZABETH ISAGULYAN,           )   NO. CV 09-7518 SS
                               )
                Plaintiff,     )
                               )
       v.                      )        **JUDGMENT**
                               )
MICHAEL J. ASTRUE,             )
Commissioner of the Social     )
Security Administration,       )
                               )
                Defendant.     )
_____)

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED
and that the above-captioned action is REMANDED to the Commissioner
for further action consistent with the Court's Memorandum Decision
and Order.

DATED: July 14, 2010                    /S/
                               _____
                               SUZANNE H. SEGAL
                               UNITED STATES MAGISTRATE JUDGE